LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 240609]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DUSTIN D. K. DEON,<br><br>   Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>   Defendant. | No. EDCV 22-00483 RAO<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of THREE THOUSAND EIGHT HUNDRED FIFTY-EIGHT DOLLARS AND 58/100 ($3,858.58), and costs in the amount of ZERO ($0.00), subject to the terms of the stipulation.

DATE: 11/1/2022        _____

                                   HON. ROZELLA A. OLIVER,
                                   UNITED STATES MAGISTRATE JUDGE